AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Barbara Lanning | Telephone: (313) 226-9103 |
| Special Agent: | Michael Parsons (ATF) | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Anthony Carrie EVANS | Case No.  Case: 2:22−mj−30290<br>Assigned To : Unassigned<br>Assign. Date : 7/1/2022<br>Description: CMP USA v. EVANS (SO) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 30, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Michael Parsons, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 1, 2022

_____
Judge's signature

City and state: Detroit, Michigan        Hon. Jonathan J.C. Grey, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

### AFFIDAVIT IN SUPPORT OF
### AN CRIMINAL COMPLAINT

I, Michael S. Parsons, being first duly sworn, hereby state:

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, assigned to the Detroit Field Division since September 2000. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and/or participated in numerous criminal investigations focused on firearms, firearms licensing, and narcotics violations.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

1

3. ATF is currently conducting a criminal investigation concerning Anthony Carrie EVANS (B/M; DOB: XX/XX/1996) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

## PROBABLE CAUSE

4. I reviewed a computerized criminal history, Commonwealth of Kentucky Fayette Circuit Court, and Michigan Third and Thirtieth Circuit Court records for EVANS, which revealed the following felony convictions.

   a. On March 13, 2015, EVANS pleaded guilty in Wayne County Third Circuit Court to one count of Felonious Assault and one count of Felony Firearm. EVANS was sentenced to serve a term of two years incarceration with the Michigan Department of Corrections.

   b. On October 26, 2017, EVANS pleaded guilty in Ingham County Thirtieth Circuit Court to Felony Controlled Substance – Fraudulently Obtaining. On January 3, 2018, EVANS was sentenced 18 months of probation. EVANS absconded from probation and the court issued a warrant for his arrest on May 22, 2018.

   c. On December 7, 2018, EVANS pleaded guilty in the Commonwealth of Kentucky's Fayette Circuit Court to one count of Felony Trafficking in a Controlled Substance - Heroin and one count of misdemeanor possession of drug paraphernalia. On January 28, 2019,

EVANS was sentenced to serve a term of 5 years of incarceration. EVANS's supervision was completed in April 2021.

5. On June 30, 2022, at approximately 9:32 pm, two Detroit Police officers in full uniform and in a semi-marked scout vehicle were on patrol near Bradford and Fairmount Streets in Detroit, Michigan. The officers stopped their patrol vehicle to talk to the driver of a silver vehicle, which was stopped in the street. While engaging with the vehicle's driver, the officers observed Anthony Carrie EVANS standing in the street next to the silver vehicle.

6. The driver officer exited the patrol vehicle to continue talking with the driver of the silver vehicle and observed a bulge in the front of EVANS' waist band, under his shirt. EVANS' immediately ran northbound on Bradford towards a vacant field while grabbing at the front of his waist area where the officer observed the bulge. Both officers chased after EVANS.

7. While pursuing EVANS, both officers observed EVANS throw a firearm into the air and continue running northeast into the field. A short distance later, EVANS fell to the ground and was placed under arrest. One of the officers immediately went back to the location where EVANS tossed the firearm and recovered a Glock 19 9mm caliber pistol.

8. On July 1, 2022, Affiant obtained EVANS' Michigan Department of Corrections (MDOC) Prisoner Pre-Release Notice. Within this MDOC Prisoner

3

Pre-Release Notice, EVANS acknowledged with his signature that he is a convicted felon and therefore prohibited from "us[ing], brandish[ing], display[ing], carry[ing] or otherwise possess[ing] a firearm…".

9. Affiant is an expert in the Interstate Nexus of Firearms. The Glock Model 19, 9mm caliber pistol, recovered from EVANS, was manufactured outside the State of Michigan, thereby travelling in interstate commerce.

## CONCLUSION

10. Based upon the aforementioned facts stated herein, there is probable cause to believe Anthony Carrie EVANS (B/M; DOB: XX/XX/1996), a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Glock Model 19 9mm caliber handgun, said firearm having affected interstate commerce, in violation of 18 U.S.C. 922(g)(1) (Felon in Possession of a Firearm). Said violation occurring on or about June 30, 2022, in the city of Detroit, in the County of Wayne, in the Eastern Judicial District of Michigan.

**Respectfully submitted,**

**Michael S. Parsons**
**Special Agent, ATF**

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Jonathan J.C. Grey
United States Magistrate Judge

Dated: July 1, 2022